UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 OCT -8  A 11: 19

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | : | |
| v. | : | DOCKET NO:3:01CV00143(CFD) |
| Charles B. Jones, | : | |
| Defendant. | : | October 6, 2004 |

**MOTION FOR EXAMINATION OF JUDGMENT
DEBTOR AND FOR A HEARING ON DEFENDANT'S
ABILITY TO PAY THE JUDGMENT**

The Federal plaintiff in the above-entitled action represents:

1.  That it recovered a judgment against the defendant, Charles B. Jones, before the United States District Court, District of Connecticut, on June 13, 2001 for the sum of $7,323.95 plus damages, costs and interest.

2.  On September 26, 2004, plaintiff served by mail a set of Post Judgment Interrogatories and Request for Production on the defendant, Charles B. Jones. Although more than 30 days have passed since the service of said Interrogatories and Request for Production, the defendant has not filed any response, or requested extension of time.

Therefore, pursuant to Connecticut Practice Book § 13-20(b)(2), which provides that in the event of a debtor's failure to answer interrogatories, a debtor examination "shall be conducted before the judicial authority", and C.G.S. § 52-351b(c) and F.R.Civ.P.69(a) which authorize the Government to seek "supplemental discovery orders as may be necessary to ensure

disclosure", and F.R.Civ.P.37(d), which authorizes this Court to "make such orders in regard to the failure [to answer interrogatories] as are just", the federal plaintiff respectfully requests that an order be entered requiring the defendant to appear before a Judge or Magistrate Judge of this Court and then and there be examined under oath concerning his property and means of paying said judgment.

The federal plaintiff further moves that as part of the aforesaid order, the defendant be required to produce at the hearing: (1) copies of defendant's income tax records filed for the last two years; (2) all other documents sought by government's Request for Production; and (3) a completed financial statement to assist the Court's evaluation of the defendant's ability to pay. A proposed Order is attached hereto for the Court's consideration.

                Respectfully Submitted,

                KEVIN J. O'CONNOR
                UNITED STATES ATTORNEY

                CHRISTINE SCIARRINO
                ATTORNEY BAR NO: CT03393
                ATTORNEY FOR THE DEPARTMENT OF JUSTICE
                UNITED STATES ATTORNEY'S OFFICE
                P. O. BOX 1824
                NEW HAVEN, CT  06508
                TELEPHONE: (203) 821-3700
                FAX: (203) 773-5392
                E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

C E R T I F I C A T I O N

This is to certify that a copy of the foregoing was mailed postage prepaid on this 7th day of October, 2004 to:

Charles B. Jones
279 Fenn Road
Cheshire, Connecticut 06410

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,          :

        Plaintiff,          :

    v.                                      :    DOCKET NO: 3:01CV00143 (CFD)

Charles B. Jones,                  :

        Defendant.          :

### O R D E R

Plaintiff having filed a Motion to Examine Judgment Debtor and for a hearing on defendant's ability to pay the judgment rendered against defendant, it is hereby:

ORDERED that the defendant, Charles B. Jones, appear before the District Court in Room Number ___ at _____, Connecticut on the _____ day of _____, 2004, at _____ o'clock in the _____ noon, and then and there be examined under oath concerning his assets and his ability to pay the judgment. The Court may make such orders at the hearing or thereafter that it determines to be reasonably calculated to facilitate payment of the judgment.  It is further ORDERED that defendant bring with him and produce at the hearing all documents sought by plaintiff's Request for Production served on or about September 26 2004, as well as a completed copy of the financial statement attached hereto as Exhibit "A" to facilitate the Court's examination of the defendant.

The defendant is advised that failure to appear before the Court at the scheduled time and place and produce the aforementioned documents as ordered above, may subject the defendant to being held in Contempt of Court and having a <u>Capias</u>


issued for the arrest of the defendant.

     Dated this       day of            , 2004,

at        , Connecticut.

                                                    _____
                                                    CHRISTOPHER F DRONEY
                                                    UNITED STATES DISTRICT JUDGE

**FINANCIAL AFFIDAVIT**(please type or print)

## SECTION I. PERSONAL DATA

\_\_\_\_ Mr.    \_\_\_\_ Mrs.    \_\_\_\_ Ms.    \_\_\_\_ Miss.

_____

last name          first          middle initial          social security          date of birth

**address** (including city/state/zip code)          home phone          work phone          complete

Martial status (please check)                              License No.

\_\_\_\_ single     \_\_\_\_ married     \_\_\_\_ widowed     \_\_\_\_ divorced     \_\_\_\_ separated

_____

name of spouse          social security number          date of birth

age(s) of dependents (if older than 21 please list dependant's name and reason for dependency)

## SECTION II. HISTORY OF EMPLOYMENT

_____ name/address of

current employer          occupation          years/months employed

**SPOUSE EMPLOYMENT**

_____

name/address of current employer          occupation          years/months employed

| AVERAGE MONTHLY INCOME | HUSBAND | WIFE | MONTHLY EXPENSES | AMOUNT | |
|---|---|---|---|---|---|
| MONTHLY GROSS SALARY (before payroll deductions) | $ | $ | RENT/ MORTGAGE PAYMENT | | |
| DEDUCTIONS | | | FOOD | | |
| FEDERAL/STATE/LOCAL INCOME TAXES | | | UTILITIES/HEAT | | |
| RETIREMENT | | | TELEPHONE | | |
| SOCIAL SECURITY | | | INSURANCE | | |
| OTHER (SPECIFY) | | | CLOTHING | | |
| TOTAL DEDUCTIONS | $ | | MEDICAL (NON REIMBURSABLE) | | |
| NET TAKE HOME PAY | $_____ | $_____ | AUTO REPAIR/ OTHER LIVING EXPENSES | | |

Combined monthly income:                  How much of the balance can you apply
                                          to your debt to the U.S. on a monthly basis? $_____
                                          If total monthly expenses exceed monthly income,
Total monthly expenses:                       how do you pay the difference?

"Exhibit A"

SECTION III ASSETS

NAME/ADDRESS OF BANK INSTITUTION:

Do you own: (please circle)

1. U.S. savings bonds?    Yes    No

bank account balance:  $_____  $_____
                             checking      savings     other

2. stocks and other bonds?   Yes   No

3. Do you own any property?   Yes   No
   (if not continue)
   complete address of property:

cash value of furniture
and household goods: $_____

(current value) $_____

automobile(s): (estimate value of each vehicle)

  make     year     model

trailer/boats/campers (resale value):$_____

1.

2.

SECTION IV. INSTALLMENT CONTRACTS/OTHER DEBTS

**Show here all debts which you are required to pay in regular monthly installments. Do not include living expenses.**

| NAME OF CREDITOR | PURPOSE OF DEBT | ORIGINAL AMOUNT OF DEBT | UNPAID BALANCE | AMOUNT DUE MONTHLY | AMOUNT PAST DUE |
|---|---|---|---|---|---|
|  |  | $ | $ |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**NOTE: IF REPAYMENT OF DEBT IS NOT ON A MONTHLY BASIS, PLEASE EXPLAIN WHEN PAYMENT IS DUE**

_____ Have you ever been in bankruptcy?    If yes, date discharged _____    location of court (city/state) _____    docket number _____

Are you currently in the military? _____ yes _____ no

If applicable, what is your present unit assigned? _____    total years active duty _____

***PLEASE USE ADDITIONAL SHEETS, IF NECESSARY TO SUPPLY ANY OTHER PERTINENT INFORMATION ABOUT YOUR FINANCIAL STATUS.***

With knowledge of the penalties for false statements provided by 18 U.S.C. § 1001, $250,000 fine and five years imprisonment and with knowledge that this financial statement is submitted by me to affect action by the Department of Justice, I certify that I believe the above statement is true and that it is a complete statement of all income and assets, real and personal, whether held in my name or be any other.

I hereby certify that this financial statement is made to affect action by the Department of Justice regarding a debt of **$8,320.66** as of **October 6, 2004**, which I acknowledge is due and owing to the United States.

_____
signature of debtor

_____
date signed