# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff | :<br>:<br>: |
| v. | : Civil Action No. 3:01CV143 (CFD)<br>: |
| CHARLES B. JONES<br>    Defendant. | :<br>:<br>: |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____ A recommended ruling on the following motions which are currently pending: (orefm.)

_X_ A ruling on the following motions which are currently pending:   (orefm.)
**[Doc. #9] - Motion for Examination of Judgment Debtor and for a Hearing on Defendant's Ability to Pay the Judgment**

____ A settlement conference (orefmisc./cnf)

____ A conference to discuss and approve the following: (orefmisc./cnf)

____ Other: (orefmisc./misc) _____

SO ORDERED this 29th day of December 2004, at Hartford, Connecticut.

/s/ CFD
Christopher F. Droney
United States District Judge