UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 APR 18 P 9:48

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Charles B. Jones,<br>    Defendant. | CIVIL NO. 3:01CV00143 (CFD) |

## POST-JUDGMENT STIPULATION

Whereas, the plaintiff instituted this action demanding judgment against the defendant for the sum of $7,323.95, plus interest and costs; and

Whereas, judgment entered in favor of the plaintiff on June 13, 2001, and the plaintiff and the defendant, Charles B. Jones, now desire to stipulate to a schedule for the payment of the judgment;

Therefore, it is hereby agreed by plaintiff and defendant, and ORDERED by this Court that;

1. The defendant shall make monthly payments of $75.00, on the **15th** day of each and every month commencing on **April 15, 2005,** until the amount of the judgment, plus costs and interest, is paid in full.

2. The current balance as of March 25, 2005 is $8,639.90. Interest at 3.59% per annum continues to accrue on the principal until the judgment is satisfied.

3. The defendant agrees to complete a financial statement on a yearly basis.

4. The amount of the monthly payment may be modified by mutual agreement of the parties or on motion of either party after consideration of the defendant's financial circumstances.

5. The defendant's failure to comply with the payment schedule set forth in Paragraph 1 above shall entitle the plaintiff to declare the entire balance due immediately and shall further entitle

the plaintiff to collect upon this judgment in any manner provided by law.

6. In addition to regular monthly payments, in accordance with Paragraph 1, we will submit your debt to Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment you would normally receive may be offset and applied to this debt.

7. Plaintiff further reserves the right to secure the amount of the judgment at any time by filing a lien on any property owned by the defendant.

Entry of the foregoing stipulation is consented to by:

For Plaintiff United States of America:

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

DATED: 4-7-05

CHRISTINE SCIARRINO
ATTORNEY BAR NO: CT03393
ATTORNEY FOR THE DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY'S OFFICE
P. O. BOX 1824
NEW HAVEN, CT 06508
TELEPHONE: (203) 821-3700
FAX: (203) 773-5392
E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

DATED: 4/2/05

CHARLES B. JONES
279 FENN ROAD
CHESHIRE, CONNECTICUT 06410

FILED

APPROVED and SO ORDERED this 26TH day of April 2005 APR 26 2005 at P 12: 28

Hartford, Connecticut.

DISTRICT COURT
HARTFORD, CT.

CHRISTOPHER F DRONEY
UNITED STATES DISTRICT JUDGE